Argued May 16, affirmed May 16, 1972

STATE OF OREGON, *Respondent, v.* SYRONE TURNER (No. C-71-07-2039), *Appellant.*

496 P2d 928

*William G. Whitney,* Portland, argued the cause and filed the briefs for appellant.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Burgess, Special Assistant Attorney General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and FORT, Judges.